# EXHIBIT 1

The information available on Case.net is provided as a service and is not considered an official court record.

Case: 4:26-cv-00978   Doc. #: 1-1   Filed: 06/19/26   Page: 2 of 16 PageID #: 9

Case.net:26JE-CC00491 - KELLY CHAMBERS V. BROWNING ARMS COMPANY (E-CASE) - Docket Entries

| Respond to Selected Documents |     Sort by date: Descending Ascending     Display options: All Entries ⌄

**05/12/2026**

**Pet Filed in Circuit Ct**

Redacted Petition.

**Filed By:** THOMAS FRANKLIN HERRING

**On Behalf Of:** KELLY CHAMBERS

**Associated Entries: 05/12/2026 - CRIFS/Unredacted Document   +**

**Filing Info Sheet eFiling**

**Filed By:** THOMAS FRANKLIN HERRING

**CRIFS/Unredacted Document**

CRIFSUnredacted Petition; Confidential Redacted Information Filing Sheet in associated to Circuit Court filed on 05/12/2026.

**Filed By:** THOMAS FRANKLIN HERRING

**On Behalf Of:** KELLY CHAMBERS

**Associated Entries: 05/12/2026 -**

**Pet Filed in Circuit Ct**

+

**05/13/2026**

**Case Mgmt Conf Scheduled**

**Associated Entries: 05/27/2026 - Hearing/Trial Cancelled   +**

**Scheduled For:** 09/22/2026; 9:00 AM; EDWARD LOUIS PAGE; Jefferson

**Summons Issued-Circuit**

Document ID: 26-SMCC-1521, for BROWNING ARMS COMPANY

**05/19/2026**

**Entry of Appearance Filed**

Entry of Appearance - Root; Electronic Filing Certificate of Service.

**Filed By:** BRADY ROOT

**On Behalf Of:** KELLY CHAMBERS

**05/26/2026**

**Corporation Served**

Document ID - 26-SMCC-1521; Served To - BROWNING ARMS COMPANY; Served Date - 05/21/2026; Served Time - 11:07:00; Service Type - SD; Reason Description - SERV; Service Text -CORPORATION SERVED - SIGNED FOR BY DAVID FRIMMEL

**05/27/2026**

**Hearing/Trial Cancelled**

PER ADMIN ORDER

**Associated Entries: 05/13/2026 - Case Mgmt Conf Scheduled**

**Scheduled For:** 09/22/2026; 9:00 AM; EDWARD LOUIS PAGE; Jefferson

**Case Mgmt Conf Scheduled**

**Scheduled For:** 07/09/2026; 9:00 AM; TRAVIS DEAN PARTNEY; Jefferson

**Order**

THE ABOVE CASE IS ADMINISTRATIVELY TRANSFERRED TO DIVISION 3. CASE TO BE SET ON 7-9-26 AT 9 AM FOR CASE MANAGEMENT CONFERENCE. SO ORDERED; VICTOR MELENBRINK, CIRCUIT JUDGE DIV. FIVE

**Judge Assigned**

**Filed By:** TRAVIS DEAN PARTNEY

**26JE-CC00491**

Electronically Filed - Jefferson - May 12, 2026 - 01:52 PM

IN THE CIRCUIT COURT OF JEFFERSON COUNTY
STATE OF MISSOURI

KELLY CHAMBERS,                           )
                                          )
    Plaintiff,                        )
                                          )
vs.                                       )        Case No.:
                                          )
BROWNING ARMS COMPANY,                    )
                                          )
    Defendant.                        )        JURY TRIAL DEMANDED
                                          )
Serve:                                    )
David Frimml, Registered Agent            )
3005 Arnold Tenbrook Road                 )
Arnold, Missouri 63010                    )

**PETITION**

COMES NOW, Plaintiff Kelly Chambers, by and through his attorneys of record, and brings this cause of action against Defendant Browning Arms Company.

**PARTIES**

1.      Defendant Browning Arms Company ("Browning" or "Defendant") is a Utah company doing business in the state of Missouri with its principal business office address at One Browning Place, Morgan, Utah 84050, and a registered agent address of 3005 Arnold Tenbrook Road, Arnold, Missouri 63010.

2.      Plaintiff is a resident of Jefferson County, Missouri.

3.      Plaintiff was employed by Defendant from in or about January 2023 to on or about February 20, 2026.

**JURISDICTION AND VENUE**

4.      Plaintiff has filed this Petition within one year of engaging in protected activity.

5.      This lawsuit is expressly authorized under RSMo. § 285.575.7.

1

Electronically Filed - Jefferson - May 12, 2026 - 01:52 PM

6.    This Court has subject-matter jurisdiction over Plaintiff's claims pursuant to Article 5, Section 14 of the Missouri Constitution and RSMo 478.070.

7.    Venue is proper in this Court pursuant to § 508.010, RSMo. Among other facts, Defendant's unlawful employment practices occurred in Jefferson County at Defendant's Missouri location at 3005 Arnold Tenbrook Road, Arnold, Missouri 63010.

8.    This Court has personal jurisdiction. In connection with the acts alleged here, Browning transacted business and made contracts within Missouri, and all relevant events here occurred in Missouri.

9.    The amount in controversy is more than $25,000 and Plaintiff requests costs and attorneys' fees be awarded.

## FACTUAL ALLEGATIONS

10.    Browning hired Plaintiff as a Technical/Customer Service Representative in or about January 2023.

11.    Plaintiff's job duties generally consisted of managing phone/email inquiries, resolving technical issues, providing repair updates, and educating customers on product maintenance.

12.    Defendant is a "licensed dealer" under 27 CFR § 478.125(e) and is required by law to maintain accurate records of the acquisition and disposition of firearms.

13.    Specifically, under 27 CFR § 478.125(e) "each licensed dealer shall enter into a record each receipt and disposition of firearms," that the acquisition of a firearm shall "be recorded not later than the close of the next business day," and that the disposition of a firearm shall be recorded "not later than seven days following the date of such transaction."

2

Electronically Filed - Jefferson - May 12, 2026 - 01:52 PM

14.     On or about February 17, 2026, Mr. Chambers received a telephone call from a customer who was dissatisfied that Browning had not yet processed the return of his malfunctioned firearm.

15.     That customer stated he returned his firearm to Browning in or about December 2025.

16.     Plaintiff could not find the customer's firearm in Browning's database.

17.     Plaintiff asked his supervisor, ▓▓▓▓ why the customer's firearm could not be located in Defendant's database. ▓▓▓▓ directed Plaintiff to speak to ▓▓▓▓ ▓▓▓▓▓▓▓▓ about the issue.

18.     ▓▓▓▓ was in charge of recording firearms in Browning's database.

19.     Plaintiff and ▓▓▓▓ looked for the customer's firearm in Defendant's warehouse.

20.     During a search for the customer's firearm, Plaintiff noticed multiple pallets of firearms that were not recorded in Browning's database.

21.     Upon finding the customer's firearm in Browning's warehouse, Plaintiff returned to his desk and informed the customer that Browning did in fact have the customer's firearm, but that it would still take some time to repair the customer's firearm.

22.     Plaintiff's coworker, ▓▓▓▓, then told Plaintiff that ▓▓▓▓ intentionally refuses to input firearms in Defendant's database.

23.     Plaintiff then reported to ▓▓▓▓ that Browning would be in trouble with the U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") if the ATF knew that ▓ ▓▓▓▓ intentionally refuses to input firearms in Browning's database.

Electronically Filed - Jefferson - May 12, 2026 - 01:52 PM

24. In reporting the unlawful activity to his supervisor, Plaintiff was referring to the requirement under 27 CFR § 478.125(e) that licensed dealers must record the acquisition of a new firearm by the close of the next business day after acquiring said firearm.

25. The following day, ▨ told Plaintiff to "not worry" about Browning's failure to record the firearms into its system in a timely manner as required by federal regulations.

26. On or about February 20, 2026, just a mere three days after reporting Browning's unlawful activity to his supervisor, Defendant terminated Plaintiff.

27. At all times relevant hereto, Plaintiff was a competent and satisfactory employee who met or exceeded Defendant's legitimate job expectations.

### COUNT 1 WHISTLEBLOWER CLAIM (§285.575)

28. Plaintiff incorporates by reference all previous paragraphs.

29. Plaintiff is a "protected person" under § 285.575.2(4), RSMo, because he reported to a proper authority the unlawful acts of the employer, specifically the violation of 27 CFR §478.125.

30. Defendant is an "employer" under § 285.575, RSMo.

31. Defendant terminated Plaintiff's employment because Plaintiff reported these violations.

32. Plaintiff's report was a motivating factor in his discharge.

33. Defendant's actions amount to serious misconduct that violated a clear mandate of public policy.

34. Defendant's conduct in terminating Plaintiff was intentional, willful, and in reckless disregard of Plaintiff's rights under Missouri law.

Electronically Filed - Jefferson - May 12, 2026 - 01:52 PM

35.     As a direct and proximate result of Defendant's unlawful retaliation, Plaintiff has suffered and continues to suffer loss of wages, benefits, and other economic damages.

WHEREFORE, Plaintiff prays that this Court will enter judgment in his favor and against Defendant, and in amounts to be determined at trial, the following relief: 1) actual damages, including past and future lost income; 2) liquidated damages in an amount equal to double the amount of back pay and lost benefits, pursuant to § 285.575.5, RSMo;, 3) pre-judgment and post-judgment interest; 5) attorneys' fees and costs; and 6) for such other relief as justice requires.

**Demand for Jury Trial**

Plaintiff requests for a trial by jury on all issues in this case which are so triable.

Respectfully submitted,

/s/*Thomas F. Herring*
Thomas F. Herring, #71932MO
Brady L. Root, #75740MO
Herring & Root, LLC
2258 Grissom Dr.
St. Louis, Missouri 63146
tfh@herringandroot.com

*Attorneys for Plaintiff*

5



# Summons in Civil Case

IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| Judge or Division:<br>EDWARD LOUIS PAGE | Case Number:  26JE-CC00491 | |
|---|---|---|
| Plaintiff/Petitioner:<br>KELLY CHAMBERS<br><br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>THOMAS FRANKLIN HERRING<br>555 WASHINGTON AVE<br>SUITE 520<br>ST. LOUIS, MO  63101 | |
| Defendant/Respondent:<br> BROWNING ARMS COMPANY | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO  63050 | (Date File<br>Stamp for<br>Return) |
| Nature of Suit:<br>CC Other Miscellaneous Actions | | |

**The State of Missouri to:    BROWNING ARMS COMPANY**
**Alias:**
**3005 ARNOLD TENBROOK ROAD**
**ARNOLD, MO  63010**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*COURT SEAL OF*

*JEFFERSON COUNTY*

| | |
|---|---|
| 13-MAY-2026 | Michael E. Reuter by: /s/<br>A.McKalip, Deputy Clerk |
| Date | Clerk |

**Further Information:**

**Case Number: 26JE-CC00491**

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years

of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

| | |
|---|---|
| _____ | _____ |
| Printed Name of Officer or Server | Signature of Officer or Server |

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____ _____

Date              Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - JEFFERSON - May 19, 2026 - 09:11 AM

IN THE CIRCUIT COURT OF JEFFERSON COUNTY
STATE OF MISSOURI

KELLY CHAMBERS,                      )
                                     )
      Plaintiff,                     )
                                     )
vs.                                  )       Case No.: 26JE-CC00491
                                     )
BROWNING ARMS COMPANY,               )
                                     )
      Defendant.                     )

## ENTRY OF APPEARANCE

      COMES NOW Brady L. Root of Herring & Root, LLC, and hereby enters his appearance as counsel of record for Plaintiff Kelly Chambers.

                      Respectfully submitted,


                       */s/ Brady L. Root*
                      Brady L. Root #75740
                      HERRING & ROOT, LLC
                      2258 Grissom Dr.
                      St. Louis, MO 63146
                      Office: 314-329-5662
                      blr@herringandroot.com
                      **Attorney for Plaintiff**

Electronically Filed - JEFFERSON - May 19, 2026 - 09:11 AM

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2026, I filed the foregoing document via the Court's electronic filing system, which will cause a true and correct copy of the same to be served electronically on all registered counsel of record.

  */s/ Brady L. Root*
Brady L. Root
Attorney for Plaintiff

# Summons in Civil Case

## IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| Judge or Division:<br>EDWARD LOUIS PAGE | Case Number: 26JE-CC00491 | |
|---|---|---|
| Plaintiff/Petitioner:<br>KELLY CHAMBERS<br><br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>THOMAS FRANKLIN HERRING<br>555 WASHINGTON AVE<br>SUITE 520<br>ST. LOUIS, MO  63101 | DAVID L. MARSHAK<br>Sheriff, Jefferson County, MO<br><br>MAY 22 2026<br><br>RECEIVED |
| Defendant/Respondent:<br>BROWNING ARMS COMPANY | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO  63050 | |
| Nature of Suit:<br>CC Other Miscellaneous Actions | | (Date File<br>Stamp for<br>Return) |

The State of Missouri to:  **BROWNING ARMS COMPANY**
Alias:
**3005 ARNOLD TENBROOK ROAD**
**ARNOLD, MO  63010**

Other Addresses:

**FILED**

MAY 26 2026

**MICHAEL E. REUTER**
**CIRCUIT CLERK**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**



**JEFFERSON COUNTY**

| 13-MAY-2026 | Michael E. Reuter by: /s/<br>A.McKalip, Deputy Clerk |
|---|---|
| Date | Clerk |

**Further Information:**

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years

of age residing therein.

☒ (for service on a corporation) delivering a copy of the summons and petition to:

__David Frimmel_____ (name) __R/A_____ (title).

☐ other: _____.

Served at __3005 Arnold Tenbrook, Arnold_____ (address)

in __Jefferson_____ (County/City of St. Louis), MO, on __5/21/26__ (date)

at __1105__ (time).

__Deb Leibrecht 91_____     __Deb P            91_____
Printed Name of Officer or Server                    Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____  _____
                                    Date              Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

FILED

MAY 2 7 2026

MICHAEL E. REUTER
CIRCUIT CLERK

| 24JE-CC00564 | CINTAS CORPORATION V SIEVEKING, INC. | 6/14/2024 | 713 |
|---|---|---|---|
| 24JE-CC00589 | TONY RODGERS V JERRY HUDSON | 6/21/2024 | 706 |
| 24JE-CC00599 | JANE DOE V SCOTT SIDDENS | 6/24/2024 | 703 |
| 24JE-CC00617 | DAWN BIBBS V SCHNUCK MARKETS, INC. | 6/28/2024 | 699 |
| 24JE-CC00672 | STATE OF MISSOURI V ALBERT KEMPEN | 7/17/2024 | 680 |
| 24JE-CC00703 | JARED ROMAINE ET AL V MAN-UP TESTOSTERONE CENTERS, | 7/29/2024 | 668 |
| 24JE-CC00732 | STEPHANIE MCCRACKEN V EMILY LYNCH | 8/8/2024 | 658 |
| 24JE-CC00744 | BRENT POGUE V THOMAS PLUNKERT | 8/8/2024 | 658 |
| 24JE-CC00834 | TIFFANY R WELCH V DEPARTMENT OF SOCIAL SERVICES | 9/6/2024 | 629 |
| 24JE-CC00932 | BAX BUILT CONSTRUCTION, INC. V LETHON BAYNE ET AL | 9/26/2024 | 609 |
| 24JE-CC01071 | WELLS FARGO BANK, N.A. V CURITS E WILLIAMS ET AL | 11/6/2024 | 568 |
| 24JE-CC01107 | STEVE SCHNEIDER V MONSANTO COMPANY | 11/13/2024 | 561 |
| 24JE-CC01124 | RAY CASTEEL V MELISSA HUDDLESTON | 11/20/2024 | 554 |
| 24JE-CC01148 | BANKERS HEALTHCARE GROUP, LLC V ANTHONY C NAANOS | 11/26/2024 | 548 |
| 24JE-CC01181 | JESSE R EVANS V ADDISON INSURANCE COMPANY D/ ET AL | 12/10/2024 | 534 |
| 24JE-CC01201 | JOEY TAYLOR V KYLE P MURPHEY ET AL | 12/16/2024 | 528 |
| 24JE-CC01207 | SOFI LENDING CORP V ZACHARY HELLMER | 12/18/2024 | 526 |
| 25JE-CC00051 | ALAYA SCOTT ET AL V GABRIEL ALLEN | 1/15/2025 | 498 |
| 25JE-CC00080 | TAYLOR HORNUNG V JEFFREY VOGELSBERG ET AL | 1/22/2025 | 491 |
| 25JE-CC00121 | BELFOR USA GROUP, INC. D/B/A V LISA A WYNNE ET AL | 2/4/2025 | 478 |
| 25JE-CC00226 | DANIEL ROSS V JONATHAN JEROME | 3/5/2025 | 449 |
| 25JE-CC00230 | KYLE ESTES ET AL V PREMIER ROOFING COMPANY | 3/7/2025 | 447 |
| 25JE-CC00283 | CHRISTINA M LORETTA V CARI MULVIHILL | 3/22/2025 | 432 |
| 25JE-CC00285 | DONALD KREIDLER ET AL V MID-AMERICA HEALTH C ET AL | 3/24/2025 | 430 |
| 25JE-CC00278 | TIMOTHY MORGAN V DIRECTOR OF REVENUE | 3/24/2025 | 430 |
| 25JE-CC00300 | THERESA LEROUX V DARRELL HASTY | 3/28/2025 | 426 |
| 25JE-CC00314 | CARRINGTON MORTGAGE S V WISNIEWSKI AKA DENNIS ET A | 3/31/2025 | 423 |
| 25JE-CC00370 | MORELY PERFORMANCE LLC V JOHN PALMER | 4/17/2025 | 406 |
| 25JE-CC00390 | SOUTHERN BANK V SARC MEDICAL INVESTMENTS LLC ET AL | 4/24/2025 | 399 |
| 25JE-CC00392 | IN RE: E.N.S. | 4/24/2025 | 399 |
| 25JE-CC00401 | AMANDA BECK ET AL V WOODLAND MANOR OF ARNOLD ET AL | 4/29/2025 | 394 |
| 25JE-CC00421 | DATA MORTGAGE, INC., D/B/A ESS V HOLLY BURCH ET AL | 5/1/2025 | 392 |
| 25JE-AC00859-01 | MELISSA TUCKER ET AL V CHADON THORNTON | 5/7/2025 | 386 |
| 25JE-CC00455 | KYLE HIGGENBOTHAM V LACE DEVOUS ET AL | 5/12/2025 | 381 |
| 25JE-CC00482 | LABOR-TECH LANDSCAPING, I V DIANE C DRINKARD ET AL | 5/22/2025 | 371 |
| 25JE-CC00502 | AUDREY SILBERMAN V PHILLIP BAUMANN | 5/28/2025 | 365 |
| 25JE-CC00500 | THE CENTRAL TRUST BANK V HEATHER HEJNAL | 5/28/2025 | 365 |
| 25JE-CC00521 | ROBERT JONES ET AL V SYNERGY ENT SPECIALISTS ET AL | 6/3/2025 | 359 |
| 25JE-CC00553 | RICHARD BELLEVILLE V BUCHHEIT OF HERCULANEUM ET AL | 6/16/2025 | 346 |
| 25JE-CC00598 | F.S. V. SIERRA KNOWLES | 6/24/2025 | 338 |
| 25JE-CC00665 | JULIE HARDT ET AL V JEFFERY LODIKE ET AL | 7/15/2025 | 317 |
| 25JE-CC00679 | CHRISTINA LINFORD V. DEREK DUNMIRE AND KATHLEEN DU | 7/17/2025 | 315 |
| 25JE-CC00682 | TERRY BROWN VS. LESTER F. FLIEG | 7/21/2025 | 311 |
| 25JE-CC00722 | MEGAN MOSES V. KEVIN SANDERS & JOHNSTON CONTRUCTIO | 7/30/2025 | 302 |
| 25JE-CC00723 | MICHAEL WITZIG ET AL V FEDERAL EXPRESS CORPO ET AL | 7/30/2025 | 302 |
| 25JE-CC00732 | CAPITAL ONE, N.A., SUCCESSOR BY MERGER TO DISCOVER | 8/1/2025 | 300 |
| 25JE-CC00754 | TERRENCE RUCK V. STATE FARM | 8/8/2025 | 293 |
| 25JE-CC00758 | LARRY MORGAN V. HOOSIER TRANSIT | 8/8/2025 | 293 |
| 25JE-CC00799 | WILLOW GLEN MHP, LLC, PLAINTIFF VS. ENZO REAL ESTA | 8/18/2025 | 283 |
| 25JE-CC00822 | TRISHA JONES V CLEAN THE UNIFORM HOLDING CO, ET AL | 8/21/2025 | 280 |
| 25JE-CC00845 | TRAVELERS PROPERTY CASUALTY CO V TMG GROUP LLC | 8/27/2025 | 274 |
| 25JE-CC00849 | JOHN NEWPORT V VIRGIL E GUMMERSHEIMER | 8/27/2025 | 274 |

| | | | |
|---|---|---|---|
| 25JE-CC00901 | BIG BEAR ROOFING & CONSTRUCTION LL V EMILY WOLFRAM | 9/12/2025 | 258 |
| 25JE-CC00916 | CLIFFORD HERTENSON, JR. V. THOMAS E. FITZGERALD | 9/17/2025 | 253 |
| 25JE-CC00952 | TERESA HOWARD V JUDITH NELSON AND JASON MCCABE SR | 9/26/2025 | 244 |
| 25JE-CC00958 | MICHAEL SCHMITT V GREGORY WESTERMAYER | 10/1/2025 | 239 |
| 25JE-CC00988 | VELOCITY INVESTMENTS, LLC V ALLAN JOHNSON | 10/13/2025 | 227 |
| 25JE-CC01004 | ANDREA M BRENNER ET AL V ERIC DEARDUFF ET AL | 10/15/2025 | 225 |
| 25JE-CC01019 | PRESTIGE FINANCIAL SERVICES, INC. V. RANDALL LANDE | 10/21/2025 | 219 |
| 25JE-CC01036 | JARVIS MCGEE V. KRISTA WHITLOCK | 10/24/2025 | 216 |
| 25JE-CC01038 | DONNA MESSMER V. LISA SEAY | 10/27/2025 | 213 |
| 25JE-CC01074 | DOROTHY A WILLIAMSON V REGINA YOUNG ET AL | 11/5/2025 | 204 |
| 25JE-CC01139 | JPMORGAN CHASE BANK, N.A. V. SAMUEL RACHAS | 11/26/2025 | 183 |
| 25JE-CC01147 | BANK UNITED N.A. V JENNIFER EISENHAUER, ET AL | 11/26/2025 | 183 |
| 25JE-CC01141 | JPMORGAN CHASE BANK, N.A. V. BRIAN MUESSIG | 11/26/2025 | 183 |
| 25JE-CC01169 | WELLS FARGO BANK NA V TIM PETERSON | 12/8/2025 | 171 |
| 25JE-CC01170 | KYLE SMITH V. MAGNUM HAULING, LLC & DEAN WOODS | 12/9/2025 | 170 |
| 25JE-CC01176 | HULSEY ROOFING CO., INC. V RICHARD MEYER ET AL | 12/9/2025 | 170 |
| 25JE-CC01213 | ALTMANN ROOFING AND CONSTRUCTION LLC VS. 866 COMME | 12/18/2025 | 161 |
| 25JE-CC01221 | LVNV FUNDING LLC V. CHRISTOPHER BARKER | 12/23/2025 | 156 |
| 26JE-CC00010 | MIDFIRST BANK V TRICIA HAMILTON ET AL | 1/3/2026 | 145 |
| 26JE-CC00009 | ANDRE BOWLIN V. JASON WILSON | 1/6/2026 | 142 |
| 26JE-CC00022 | JEANNIE EVANS V. CITY OF DESOTO | 1/8/2026 | 140 |
| 25JE-AC07048-01 | INTERINSURANCE EXCHANGE OF THE V MARCUS DUKE ET AL | 1/13/2026 | 135 |
| 26JE-CC00048 | JANICE WILFONG V. EARL WOHLRAB | 1/16/2026 | 132 |
| 26JE-CC00057 | CHRISTOPHER A TURNER V MISSOURI DIRECTOR OF REVENU | 1/20/2026 | 128 |
| 26JE-CC00053 | JESSICA KIRKPATRICK V. JEREMY DAVID ESTES ET. AL. | 1/20/2026 | 128 |
| 26JE-CC00058 | SOFI LENDING CORP. VS JACOB BURNIA | 1/21/2026 | 127 |
| 26JE-CC00066 | EDWIN POLITTE VS. SUPERIOR MANOR OF FESTUS, LLC ET | 1/22/2026 | 126 |
| 26JE-CC00067 | JACOB M. CHINNERY V. CITY OF BYRNES MILL | 1/22/2026 | 126 |
| 25JE-CC00289-01 | REBECCA J SPICER V BOUNTIFUL LOANS NOW, LLC | 8/6/2025 | 111 |
| 26JE-CC00117 | BRADLEY J LEHMANN ET AL V EQUITY TRUST COMPANY ET | 2/9/2026 | 108 |
| 26JE-CC00159 | SOUTHERN BANK V CASH GILL & ASSOCIATES, LLC ET AL | 2/9/2026 | 108 |
| 25JE-AC06201-01 | CHRISTOPHER L PROSSER V IVY'S LASH & NAIL BAR, LLC | 2/11/2026 | 106 |
| 26JE-CC00162 | DKC GROUP HOLDINGS V. FORTILINE INC | 2/19/2026 | 98 |
| 26JE-CC00207 | LAKEVIEW LOAN SERVICING, V ANGELA J VIEHMAN ET AL | 2/27/2026 | 90 |
| 26JE-CC00219 | ADAM W WICKERHAM V DENA M WICKERHAM | 3/4/2026 | 85 |
| 26JE-CC00243 | SERENDIPITY DEVELOPMENT V SHARILYNN DUNCAN ET AL | 3/9/2026 | 80 |
| 26JE-CC00245 | TRAVIS D ROE ET AL V PACITA C DEE ET AL | 3/10/2026 | 79 |
| 26JE-CC00262 | KIZER ACADEMY LLC V. MICHELLE HIETT | 3/13/2026 | 76 |
| 26JE-CC00265 | ALLISON E SCHULZE V MISSOURI DIRECTOR OF REVENUE | 3/16/2026 | 73 |
| 26JE-CC00274 | CAMERON MYERS V. DYNAMITE DEALS LLC | 3/17/2026 | 72 |
| 26JE-CC00287 | AMERICAN BUILDERS&CONTRACTORS V ALTMANN ROOFING ET | 3/19/2026 | 70 |
| 26JE-CC00288 | LAKEVIEW LOAN SERVICING, LL V JOSHUA BEELMAN ET AL | 3/19/2026 | 70 |
| 26JE-CC00292 | WELLS FARGO BANK, N.A. V JENNIFER L GILL ET AL | 3/20/2026 | 69 |
| 25JE-CC00637 | STATE OF MISSOURI V ALBERT KEMPEN | 7/2/2025 | 69 |
| 26JE-CC00301 | MIDFIRST BANK V MICHAEL COLE ET AL | 3/23/2026 | 66 |
| 26JE-CC00296 | LVNV FUNDING LLC V. AMY BIGGS | 3/23/2026 | 66 |
| 26JE-CC00311 | NACKLEY V. SCHOENBECK | 3/24/2026 | 65 |
| 26JE-CC00315 | WALTER DAVIS V JEFFERSON COUNTY, MISSOURI ET AL | 3/25/2026 | 64 |
| 26JE-CC00318 | ERIN N GODFREY V MISSOURI DIRECTOR OF REVENUE | 3/26/2026 | 63 |
| 26JE-CC00324 | DELANEY HENDERSON V. KELLY B. FAULSTICH | 3/27/2026 | 62 |
| 26JE-CC00329 | BOULEVARD PLAZA LLC ET AL   V SCHAAB | 3/30/2026 | 59 |
| 26JE-CC00341 | SEAN REICHARDT V. MO DEPT OF SOCIAL SERVICES | 4/2/2026 | 56 |

| | | | |
|---|---|---|---|
| 26JE-CC00343 | SHANE REICHARDT V. MO DEPT OF SOCIAL SERVICES | 4/2/2026 | 56 |
| 26JE-CC00352 | LAKE TEKAKWITHA HOA V. VILLAGE OF LAKE TEKAKWITHA | 4/6/2026 | 52 |
| 26JE-AC01675-01 | PAR RESTORATION SERVICES, IN V MARK JOERDING ET AL | 4/7/2026 | 51 |
| 26JE-CC00388 | DENNIS M NETHERCOTT V MISSOURI DIRECTOR OF REVENUE | 4/15/2026 | 43 |
| 26JE-CC00397 | TROY CARDONA V. MICHAEL J. GREENLEE, ET AL | 4/16/2026 | 42 |
| 26JE-CC00412 | STATE OF MISSOURI V TERRELL BROWN | 4/17/2026 | 41 |
| 26JE-CC00404 | NICHOLAS KING ET AL V RAINTREE PLANTATION PR ET AL | 4/20/2026 | 38 |
| 26JE-CC00401 | WAYNE (SR) AND KAREN BOE V MISSOURI DIRECTOR OF RE | 4/20/2026 | 38 |
| 26JE-CC00418 | CHRISTOPHER MILLER V MSHP CRIMINAL RECORDS ET AL | 4/21/2026 | 37 |
| 26JE-CC00410 | KATHY FOWLER V. NICOLE BAKER, D.O. | 4/21/2026 | 37 |
| 26JE-CC00415 | STEVEN V WEBER JR V MISSOURI DIRECTOR OF REVENUE | 4/22/2026 | 36 |
| 26JE-CC00426 | TONI FIGLIOLO V. DR. NASH, ET AL | 4/24/2026 | 34 |
| 26JE-CC00428 | JUNIOR CONST. ROOFING & SIDING V. JAMES ZIMMERLY | 4/27/2026 | 31 |
| 26JE-CC00433 | KYLE WHITE, ET AL V. MICHAEL BRITLAND, ET AL | 4/28/2026 | 30 |
| 26JE-CC00444 | JOHN A VERDIER V STEVEN VERDIER ET AL | 4/28/2026 | 30 |
| 26JE-CC00451 | JOSHUA STOCKINGER V. HENRY DILLON | 4/29/2026 | 29 |
| 26JE-CC00466 | FRANK T KERBLER V MISSOURI DIRECTOR OF REVENUE | 5/4/2026 | 24 |
| 26JE-CC00471 | GUILD MORTGAGE COMPANY LLC V JAMIE R DAVISON ET AL | 5/4/2026 | 24 |
| 26JE-CC00469 | COURTNEY MARTIN V. GARY W. BRITTON | 5/4/2026 | 24 |
| 26JE-CC00477 | JAY VOISEY V. JESSE DILL | 5/6/2026 | 22 |
| 26JE-CC00484 | PNC BANK, NATIONAL ASSOCIATION VS MARY K FORD | 5/8/2026 | 20 |
| 26JE-CC00486 | JOHN BEAL, INCORPORATED V. BRANDON FOWLER | 5/8/2026 | 20 |
| 26JE-CC00491 | KELLY CHAMBERS V. BROWNING ARMS COMPANY | 5/12/2026 | 16 |
| 26JE-CC00498 | PROBUILD SERVS V JAMES W CAMPBELL, TRUSTEE ET AL | 5/13/2026 | 15 |
| 26JE-CC00507 | BRYCE W SCHUMER V MISSOURI DIRECTOR OF REVENUE | 5/14/2026 | 14 |
| 26JE-CC00508 | BENJAMIN MIDDLETON ET AL V KEVIN BLACKSHER | 5/14/2026 | 14 |
| 26JE-CC00518 | IN RE: CLARENCE COVINGTON, DECEASED | 5/16/2026 | 12 |
| 26JE-CC00524 | JENNIFER KRYSTYNAK V KANE SCHAEFER | 5/19/2026 | 9 |
| 26JE-CC00528 | MARY DAMAN V CITY OF PEVELY | 5/19/2026 | 9 |
| 26JE-CC00521 | MICHAEL COLLINS V JANETTA BLACK AND EDWARD HARRIS | 5/19/2026 | 9 |
| 26JE-CC00525 | TIMOTHY RUARK V TIMOTHY MAYPOLE | 5/19/2026 | 9 |
| 26JE-CC00534 | GANSMANN V. COPLIN | 5/21/2026 | 7 |
| 26JE-CC00535 | DICKINSON V. COPLIN | 5/21/2026 | 7 |
| 26JE-CC00533 | L.S.-B MINOR V. PATRICIA CARICO | 5/21/2026 | 7 |
| 26JE-CC00544 | HAYDEN MACHINERY, INC. | 5/22/2026 | 6 |

The above listed cases are administratively transferred to Division 3.

Cases to be set on 7/9/2026 at 9am for Case Management Conference.

So Ordered:

May 27, 2026, 2:49 pm
Victor J. Melenbrink
Circuit Judge, Div. 5